UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CELESTINA CRISTOBAL ADRIAN )
        Plaintiff, )
)
v. )
) **JUDGMENT**
)
NANCY A. BERRYHILL, )
*Acting Commissioner of Social Security,* ) Case No. 4:17-CV-99-KS
        Defendant. )
)

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the plaintiff's Motion for Judgment on the Pleadings [DE-15], denies the defendant's Motion for Judgment on the Pleadings [DE-21] and remands this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on **September 10, 2018,** with electronic service upon:

**Karl Osterhout,** *Counsel for Plaintiff*
**Paul Eaglin,** *Counsel for Plaintiff*
**Amanda Gilman,** *Counsel for Defendant*

                                 **PETER A. MOORE, JR.,**
                                 CLERK, U.S. DISTRICT COURT

DATE: September 10, 2018            /s/ *Shelia Foell*
                                        (By): Shelia Foell, Deputy Clerk of Court