UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| CELESTINA CRISTOBAL ADRIAN, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 4:17-CV-99-KS |
| NANCY BERRYHILL, | ) | |
| *Acting Commissioner of Social Security,* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' Stipulation for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that Defendant pay to Plaintiff $5,985.00 in attorney's fees and reimbursement of the $400.00 filing fee paid at the commencement of this action from the Treasury Judgment Fund, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Monies to be paid as specified in the court's order.

This judgment filed and entered on December 10, 2018, with *electronic service* upon:

**Karl Osterhout**
**Paul Eaglin**
*Counsel for Plaintiff*

**Amanda Gilman**
**Cassia Parson**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

December 10, 2018 /s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk